UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re

ASIF R KHAN AND FARHAT JAHAN

                 Debtor.

------------------------------------------------------------x

FARHAT JAHAN

                 Plaintiff,

   -against;

JPMORGAN CHASE BANK, N.A., AS ACQUIRER
OF CERTAIN ASSETS OF WASHINGTON
MUTUAL BANK FROM FDIC RECOVERY OH2-5170,

                 Defendant.

------------------------------------------------------------x

Chapter 7

Case No. 09-41612-ess

Adv. Pro. No. 09-1371-ess

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN**, that the Pre-Trial Conference on the above-mentioned adversary proceeding shall be held on **December 17, 2009** at **11:00 a.m.**, before the Honorable Elizabeth S. Stong at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn New York 11201, in Courtroom 3585**.**

Dated:   November 25, 2009
            Brooklyn, New York

                                        Robert A. Gavin, Jr.
                                        Clerk of Court

                                        By: s/Sheree Jackson
                                            Courtroom Deputy