UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re

ASIF R KHAN AND FARHAT JAHAN

        Debtor.

------------------------------------------------------------x

FARHAT JAHAN

        Plaintiff,

  -against;

JPMORGAN CHASE BANK, N.A., AS ACQUIRER
OF CERTAIN ASSETS OF WASHINGTON
MUTUAL BANK FROM FDIC RECOVERY OH2-5170,

        Defendant.

------------------------------------------------------------x

Chapter 7

Case No. 09-41612-ess

Adv. Pro. No. 09-1371-ess

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN**, that the Pre-Trial Conference on the above-mentioned adversary proceeding shall be held on **December 17, 2009** at **11:00 a.m.**, before the Honorable Elizabeth S. Stong at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn New York 11201, in Courtroom 3585**.**

Dated:   November 25, 2009
            Brooklyn, New York

                                        Robert A. Gavin, Jr.
                                        Clerk of Court

                                        By: <u>s/Sheree Jackson</u>
                                               Courtroom Deputy

# CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: sjackson            Page 1 of 1              Date Rcvd: Nov 25, 2009
Case: 09-01371                Form ID: pdf000           Total Noticed: 2
```

The following entities were noticed by first class mail on Nov 27, 2009.
```
ust            +Diana G. Adams,    Office of the United States Trustee,    271 Cadman Plaza East,    Suite 4529,
                 Brooklyn, NY 11201-1833
               +JP Morgan Chase Bank , N.A.,    50 South Main,    Akron, OH 44308-1828
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 27, 2009**                           **Signature:**       *Joseph Speetjens*